# CASE ANNOUNCEMENTS

*June 25, 2010*

[Cite as *06/25/2010 Case Announcements*, 2010-Ohio-2895.]

## MISCELLANEOUS DISMISSALS

2010–0523.   State ex rel. Bradley v. Buckeye Local School Dist. Bd. of Edn.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*June 28, 2010*

[Cite as *06/28/2010 Case Announcements*, 2010-Ohio-2911.]

## MOTION AND PROCEDURAL RULINGS

2009–0444.   Johnson v. Ward.
In Mandamus. This cause came on for further consideration upon the filing of relator's second renewed motion to vacate the dismissal and reinstate the case.
   It is ordered by the court that the motion is denied.

## MEDIATION REFERRALS

   The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1:

2010–1027.   WCI Steel, Inc. v. Levin.
Board of Tax Appeals, No. 2005–V–1565.

2010–1028.   Stark & Knoll Properties, L.L.C. v. Summit Cty. Bd. of Revision.
Board of Tax Appeals, No. 2007–V–1405.

2010–1042.   State ex rel. Neofotistos v. Indus. Comm.
Franklin App. No. 09AP–712.

2010–1045.   State ex rel. Scanlon v. Pepple.
In Mandamus.

2010–1050.   Commercial Real Estate Financing II, L.L.C. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2008–M–106.

   The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

2010–0296.   Moss v. Lorain Cty. Bd. of Mental Retardation.
Lorain App. No. 09CA009550, 185 Ohio App.3d 395, 2009-Ohio-6931.

2010–0449.   State ex rel. Voleck v. Powhatan Point Bd. of Public Affairs.
Belmont App. No. 08–BE–33, 2010-Ohio-615.